144

430 A.2d 1158

**COMMONWEALTH of Pennsylvania,**

v.

**Edward BAKER, Appellant.**

Supreme Court of Pennsylvania.

Argued April 21, 1981.

Decided July 2, 1981.

Paul T. Sosnowski, Philadelphia, for appellant.

Ann Lebowitz, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

### OPINION OF THE COURT

PER CURIAM:

Order affirmed.